# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131061

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SEAN RHEINSCHMIDT, personal
Representative of the Estate of
Sean Goretski, Deceased,
          Plaintiff-Appellee,

v

GARY FALKENBERG, D.O., and
G. FALKENBERG, D.O., P.C.,
          Defendants-Appellants.

SC: 131061
COA: 261318
Livingston CC: 04-021054-NM

_____/

On order of the Court, the application for leave to appeal the March 30, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

l0918

Clerk